■ In the Matter of LYLE C., Petitioner, v CESAR A. PERALES, as Commissioner of the New York State Department of Social Services, Respondent. [612 NYS2d 1001] —Determination unani-

mously confirmed without costs and petition dismissed *(see, Matter of Susan G. v Perales,* 203 AD2d 978 [decided herewith]). (Article 78 Proceeding Transferred by Order of Supreme Court, Ontario County, Harvey, J.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.